**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1138**

---

MONICA JEFFRIES,

> Plaintiff - Appellant,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY,

> Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge, and Charles B. Day, Magistrate Judge.  (8:19-cv-01816-CBD)

---

Submitted:  August 31, 2022                    Decided:  September 23, 2022

---

Before MOTZ and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Monica Jeffries, Appellant Pro Se.  Ariana Wright Arnold, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Jeffries appeals the district court's and magistrate judge's orders granting summary judgment in favor of the Federal Emergency Management Agency on Jeffries' employment discrimination and retaliation claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the appealed-from orders. *See Jeffries v. FEMA*, No. 8:19-cv-01816-CBD (D. Md. July 24, 2020; Dec. 20, 2021). We grant Jeffries' pending motion to the extent it seeks permission to file a supplemental informal brief, but deny the motion to the extent that Jeffries requests oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*